**WEXLER WALLACE LLP**
Mark J. Tamblyn (SBN 179272)
Email: *mjt@wexlerwallace.com*
Ian J. Barlow (SBN 262213)
Email: *ijb@wexlerwallace.com*
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

**SQUITIERI & FEARON, LLP**
Olimpio Lee Squitieri (admitted *pro hac vice*)
Email: *lee@sfclasslaw.com*
Caitlin Duffy (admitted *pro hac vice*)
Email: *caitlin@sfclasslaw.com*
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

Attorneys for *Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD SMALLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No. 11-cv-02951-JCS <br><br> [~~PROPOSED~~] ORDER LIFTING STAY, ADJOURNING STATUS CONFERENCE AND SCHEDULING CASE MANAGEMENT CONFERENCE <br><br> Honorable Joseph C. Spero |

WHEREAS, this matter having been brought before the Court by the Plaintiffs with the consent of Home Depot U.S.A., Inc., and the Court having considered the submission in support of the stipulation and consent motion in support of certain administrative relief; and

WHEREAS, the Court previously stayed this action pending the Judicial Panel on Multidistrict Litigation's ("Panel") decision on Plaintiffs' motion under 28 U.S.C. § 1407 and the Panel recently denied that motion;

1

IT IS HEREBY **ORDERED** that the stay in this action is lifted; and further

**ORDERED** that Defendant Home Depot U.S.A., Inc. shall respond to Plaintiffs' complaint no later than twenty (20) days from the date of this Order; and further

**ORDERED** that the status conference set for November 18, 2011 is adjourned and that a case management conference is set for 2/17/12 @ 1:30PM, ninety (90) days from the date the stay is lifted.   Updated joint case management conference statement due by 2/10/12.

Dated: 11/14/11



JOSEPH C. SPERO
United States Magistrate Judge