**WEXLER WALLACE LLP**
Mark J. Tamblyn (SBN 179272)
Email: *mjt@wexlerwallace.com*
Ian J. Barlow (SBN 262213)
Email: *ijb@wexlerwallace.com*
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

**SQUITIERI & FEARON, LLP**
Olimpio Lee Squitieri (admitted *pro hac vice*)
Email: *lee@sfclasslaw.com*
Caitlin Duffy (admitted *pro hac vice*)
Email: *caitlin@sfclasslaw.com*
32 East 57th Street, 12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

Attorneys for *Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HAROLD SMALLEY, et al., <br><br> Plaintiffs, <br> v. <br> HOME DEPOT U.S.A., INC., <br><br> Defendant. | Case No. 11-cv-02951-JCS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT** <br><br> Honorable Joseph C. Spero |

WHEREAS, on June 15, 2011, plaintiffs filed this action against defendant Home Depot, U.S.A., Inc. alleging claims for overtime under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (Count I) and under state overtime laws of Alaska (Count II), California (Count III), Montana (Count IV), Nevada (Count V), and Oregon (Count VI).

WHEREAS, Home Depot's response to plaintiffs' complaint is due on December 5, 2011.

WHEREAS, the parties have conferred and agree that certain plaintiffs' claim or claims are time-barred.

WHEREAS the parties further agree that plaintiffs should amend their complaint to limit the

1  various causes of action to those specific plaintiffs whose claims are not barred by the applicable
2  statute of limitations and remove from the complaint plaintiffs whom the parties have agreed to dismiss
3  from this action.
4         IT IS HEREBY STIPULATED by and between the parties through their designated counsel
5  that plaintiffs may file the attached amended complaint pursuant to Fed. R. Civ. P. 15(a)(2), and that
6  pursuant to Fed. R. Civ. P. 15(a)(3), defendant's response shall be due 14 days from the date of the
7  filing of plaintiffs' amended complaint.
8  IT IS SO STIPULATED.

Dated:  December 2, 2011                **WEXLER WALLACE LLP**

                                         By:    /s/ Caitlin Duffy
                                                Caitlin Duffy

                                         Olimpio Lee Squitieri
                                         **SQUITIERI & FEARON, LLP**
                                         32 East 57th Street, 12th Floor
                                         New York, New York 10022
                                         Telephone:  (212) 421-6492
                                         Facsimile:  (212) 421-6553


                                         Ian J. Barlow
                                         455 Capitol Mall, Suite 231
                                         Sacramento, California 95814
                                         Telephone:  (916) 492-1100
                                         Facsimile:  (916) 492-1124


                                         Attorneys for *Plaintiffs*


Dated:  December 2, 2011                **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                         By:    /s/ Donna M. Mezias
                                                Donna M. Mezias

                                         580 California Street, Suite 1500
                                         San Francisco, California 94104-1036
                                         Telephone:  (415) 765-9500
                                         Facsimile:  (415) 765-9501

                                         Attorneys for Defendant *Home Depot U.S.A., Inc.*

1
2                                   **ORDER**
3           PURSUANT TO STIPULATION, IT IS SO ORDERED.
4   Dated: __12/5/11_____
5                                                          _____
                                                           THE HONORABLE JOSEPH C. SPERO
6                                                          UNITED STATES MAGISTRATE JUDGE

*(Seal: United States District Court, Northern District of California; signature of Judge Joseph C. Spero)*

**PROOF OF SERVICE**

I, Caitlin Duffy, am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 32 East 57th Street, 12th Floor, New York, New York 10022. On December 2, 2011, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND EXHIBIT THERETO**

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Sacramento, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FAX   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE)  I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

☐ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2011 at New York, New York

/s/ Caitlin Duffy
Caitlin Duffy

1

**SERVICE LIST**

Donna M. Mezias, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501
Email: dmezias@akingump.com


Joel M. Cohn, Esq.
Ray E. Donahue, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone:  (202) 887-4000
Facsimile:   (202) 887-4288
Email: jcohn@akingump.com
Email: rdonahue@akingump.com