Mark J. Tamblyn (State Bar No. 179272)
Ian J. Barlow (State Bar No. 262213)
Wexler Wallace LLP
455 Capital Mall, Suite 231
Sacramento, CA 95814
Telephone: (916) 492 - 1100
Fax: (916) 492 -1125
mjt@wexlerwallace.com
ijb@wexlerwallace.com

Lee Squitieri (Pro Hac Vice)
Caitlin Duffy (Pro Hac Vice)
Squitieri & Fearon, LLP
32 E. 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421 – 6492
Fax: (212) 421 – 6553
lee@sfclasslaw.com
caitlin@sfclasslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL. | Case No. 3:11-cv-02951-JCS |
| Plaintiffs, | |
| v. | STIPULATION OF DISMISSAL |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss with prejudice of the claims of plaintiffs Neill Newton and Tina L. Vega-Stemiska in their entirety.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss without prejudice the claims of plaintiffs Anthony M. Lucas and Michael B. Green, Jr., and further agree that plaintiffs Lucas and Green's claims, brought as part of the instant litigation, will be resolved as part of *Ambrosino et al. v. Home Depot U.S.A., Inc.*, 11-cv-01319 (S.D.Cal.).

Each party will bear their own costs and attorney's fees.

Respectfully submitted,

Dated:  December 2, 2011

*/s/ Caitlin Duffy*
Lee Squitieri (Pro Hac Vice)
Caitlin Duffy (Pro Hac Vice)
Squitieri & Fearon, LLP
32 E. 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421 – 6492
Fax: (212) 421 – 6553
lee@sfclasslaw.com
caitlin@sfclasslaw.com

Mark J. Tamblyn (State Bar No. 179272)
Ian J. Barlow (State Bar No. 262213)
Wexler Wallace LLP
455 Capital Mall, Suite 231
Sacramento, CA 95814
Telephone: (916) 492 - 1100
Fax: (916) 492 -1125
mjt@wexlerwallace.com
ijb@wexlerwallace.com

Attorneys for Plaintiffs

STIPULATION OF DISMISSAL

1  
2  Dated: December 2, 2011                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

3                                             By:    /s/ Donna M. Mezias
                                                     Donna M. Mezias
4
                                             580 California Street, Suite 1500
5                                            San Francisco, California 94104-1036
                                             Telephone: (415) 765-9500
6                                            Facsimile: (415) 765-9501

7                                            Attorneys for Defendant *Home Depot U.S.A., Inc.*

8
9  Dated: December 5, 2011



10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL

3

11-cv-02951-JCS

## **PROOF OF SERVICE**

I, Caitlin Duffy, am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 32 East 57th Street, 12th Floor, New York, New York 10022. On December 2, 2011, I served the foregoing document(s) described as:

## **STIPULATION OF DISMISSAL**

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Sacramento, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE)  I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

☐ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2011 at New York, New York.

/s/ Caitlin Duffy
Caitlin Duffy

**SERVICE LIST**

Donna M. Mezias, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501
Email: dmezias@akingump.com


Joel M. Cohn, Esq.
Ray E. Donahue, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone:  (202) 887-4000
Facsimile:   (202) 887-4288
Email: jcohn@akingump.com
Email: rdonahue@akingump.com