HULETT HARPER STEWART LLP
BLAKE MUIR HARPER, SBN: 115756
525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
Email: bmh@hulettharper.com

SQUITIERI & FEARON, LLP
LEE SQUITIERI
CAITLIN DUFFY
32 East 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: lee@sfclasslaw.com
       caitlin@sfclasslaw.com

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>              Defendant. | Case No. 3:11-cv-02951-JCS<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE OF COUNSEL**<br><br>JUDGE:  Hon. Joseph C. Spero<br>CRTRM:  G - 15th Floor |

NOT. OF WITHDRAWAL & SUB. OF APP. OF COUNSEL; Case No. 3:11-cv-02951-JCS

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs hereby substitute the following attorney as their counsel in place and stead of Mark J. Tamblyn and Ian J. Barlow of Wexler Wallace LLP, given they will no longer be affiliated with Wexler Wallace LLP, effective December 31, 2011:

> Blake Muir Harper (State Bar No. 115756)
> HULETT HARPER STEWART LLP
> 525 B Street, Suite 760
> San Diego, California 92101
> Telephone: (619) 338-1133
> Facsimile: (619) 338-1139
> bmh@hulettharper.com

Plaintiffs request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon Hulett Harper Stewart LLP, as well as Squitieri & Fearon LLP who remain as counsel of record for Plaintiffs in this matter.

Plaintiffs further request that Mark J. Tamblyn and Ian J. Barlow be terminated as counsel in this matter.

DATED: December 16, 2011              HULETT HARPER STEWART LLP
                                      BLAKE MUIR HARPER


                                      _s/Blake Muir Harper_____
                                      BLAKE MUIR HARPER

                                      525 B Street, Suite 760
Dated: 12/19/11                       San Diego, CA 92101
                                      Telephone:   (619) 338-1133
                                      Facsimile:   (619) 338-1139

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Joseph C. Spero]

                                      SQUITIERI & FEARON, LLP
                                      LEE SQUITIERI
                                      CAITLIN DUFFY
                                      32 East 57th Street, 12th Floor
                                      New York, NY 10022
                                      Telephone:   (212) 421-6492
                                      Facsimile:   (212) 421-6553

                                      Attorneys for Plaintiffs

1

NOT. OF WITHDRAWAL & SUB. OF APP. OF COUNSEL; Case No. 3:11-cv-02951-JCS

**PROOF OF SERVICE**
*Smalley, et al. v. Home Depot USA, Inc.*
Case No. 3:11-cv-02951-JCS

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 525 B Street, Suite 760, San Diego, CA 92101.

That on December 16, 2011, I served the following document(s) entitled: **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF APPEARANCE OF COUNSEL** on ALL INTERESTED PARTIES in this action:

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be contained in an overnight envelope and to be deposited in a **Federal Express/Overnite Express** box located at 525 B Street, Suite 760, San Diego, California, for delivery to the above address(es).

☐ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☒ **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2011, at San Diego, California.

                                         *s/Blake Muir Harper*
                                         BLAKE MUIR HARPER