Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel:  212.421.6492
Fax: 212.421.6553



2600 Kennedy Boulevard, Suite 1K
Jersey City, New Jersey 07306
Tel:  201.200.0900
Fax: 201.200.9008

www.sfclasslaw.com

**Caitlin Duffy**
Associate
caitlin@sfclasslaw.com

February 10, 2012

**VIA ECF**

The Honorable Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
15th Floor
San Francisco, CA 94102

Re:    Smalley et al. v. Home Depot U.S.A., Inc., Case No. 11-cv-02951-JCS

Dear Judge Spero:

      We represent plaintiffs in the above referenced action.  Pursuant to Your Honor's Standing Orders and Civil L.R. 16-10(a), I write to request that lead counsel in the case, Mr. Lee Squitieri, be permitted to appear telephonically at the case management conference scheduled February 17, 2012 at 1:30 PST.

      If my request is granted, Mr. Lee Squitieri will be available on a land line phone at (212)-421-6492 at 1:30 PST.

Dated: Feb. 13, 2012



Respectfully submitted,

/s/ Caitlin Duffy
Caitlin Duffy