UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

HAROLD SMALLEY, et al.,
    Plaintiffs,

v.

HOME DEPOT, U.S.A., INC.,
    Defendant.

No. C 11-2951 JCS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: May 1, 2012
Mediator: Jean Gaskill

    IT IS HEREBY ORDERED that the request to excuse all but two of the individually named plaintiffs from personal attendance at the May 1, 2012, mediation before Jean Gaskill is GRANTED. Plaintiffs' lead counsel shall attend the mediation with settlement authority on behalf of those plaintiffs who are excused from attending, and shall confirm with the mediator in advance of the mediation session which two plaintiffs shall appear in person at the session.

    IT IS SO ORDERED.

April 18, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge