DONNA M. MEZIAS (SBN 111902)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501
dmezias@akingump.com

JOEL M. COHN (admitted pro hac vice)
RAY E. DONAHUE (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile: 202-887-4288
jcohn@akingump.com
rdonahue@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No. 3:11-cv-02951-JCS<br><br>STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims of plaintiffs Eric Amstad, Tracy Antinori, Shirley Avery, Scott Brender, Angela Domondon, James B. Evans, Edwin Garcia, Ronald C. Keitz, Andrew Clayton Moran, Matthew S. Roberts, Kevin Dale Sherwin, and Zachary Taylor in their entirety.

Each party will bear their own costs and attorney's fees.

Respectfully submitted,

Dated:  May 15, 2012              /s/ *Caitlin Duffy*
Lee Squitieri
Caitlin Duffy
Squitieri & Fearon, LLP
32 E. 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421 – 6492
Fax: (212) 421 – 6553
lee@sfclasslaw.com
caitlin@sfclasslaw.com

One of the Attorneys for Plaintiffs

Dated:  May 15, 2012              /s/ *Donna M. Mezias*

Donna M. Mezias
Akin, Gump, Strauss, Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501

One of the Attorneys for Defendant

Dated: May 16, 2012

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL

2

11-cv-02951-JCS

# PROOF OF SERVICE

I, Jeremias V. Cordero, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104-1036. On May 15, 2012, I served the foregoing document described as:

## STIPULATION OF DISMISSAL

on the interested party(ies) below, using the following means:

☒ **BY UNITED STATES MAIL** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ **BY OVERNIGHT DELIVERY** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY FAX** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2012 in San Francisco, California.

_____
Jeremias V. Cordero

## SERVICE LIST

Lee Squitieri
Caitlin Duffy
Squitieri & Fearon, LLP
32 E. 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421 – 6492
Fax: (212) 421 – 6553
lee@sfclasslaw.com
caitlin@sfclasslaw.com

Blake M. Harper
Hulett Harper Stewart LLP
525 B Street
Suite 760
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139
anita@hulettharper.com