DONNA M. MEZIAS (SBN 111902)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501
dmezias@akingump.com

JOEL M. COHN (admitted *pro hac vice*)
RAY E. DONAHUE (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile: 202-887-4288
jcohn@akingump.com
rdonahue@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL. | Case No. 3:11-cv-02951-JCS |
| Plaintiffs, | |
| v. | STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims of plaintiffs Tracy Balch and Daniel Magana in their entirety.

Each party will bear their own costs and attorney's fees.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  June 6, 2012 | /s/ *Caitlin Duffy* |

Lee Squitieri
Caitlin Duffy
Squitieri & Fearon, LLP
32 E. 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421 – 6492
Fax: (212) 421 – 6553
lee@sfclasslaw.com
caitlin@sfclasslaw.com

One of the Attorneys for Plaintiffs

Dated:  June 6, 2012          /s/ *Donna M. Mezias*

Donna M. Mezias
Akin, Gump, Strauss, Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501

One of the Attorneys for Defendant

Dated: June 11, 2012

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS

2

11-cv-02951-JCS

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On June 7, 2012, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS** on the interested party(ies) below, using the following means:

> Olimpio Lee Squitieri, Esq.
> Caitlin Duffy, Esq.
> SQUITIERI & FEARON LLP
> 32 East 57th Street
> 12th Floor
> New York, NY 10022

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 7, 2012 at San Francisco, California.

Donna M. Mezias                                    /s/ Donna M. Mezias
[Print Name of Person Executing Proof]                    [Signature]