UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL., | No. C 11-02951 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| HOME DEPOT USA INC, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the following twenty-seven (27) Plaintiffs Tracey Bertch, Shawna Breedlove, Dawn Brennan, David Carlson, Daniel Casmaer, David Cruz, Mary Cushing, Greg Farrar, Dennis Freundt, Bryan Garcia, Debora Jackson, Gail Knoll, Lela LaPlante, Robert Malmberg, Terri McCauley, Jason McHann, Johnnie Norton, Shannon Parker, Shane Pasket, Monique Rainey, Surendra Reddy, David Saylor, Jesmendar Singh, Mike Swinfard, Neil West, Darren Williams, and Donal Young shall appear on **July 13, 2012, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why their case should not be dismissed for failure to respond to discovery and for failure to prosecute.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge