United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL., | Case No. C-11-02951 JCS |
| Plaintiff(s), | |
| v. | **DISCOVERY ORDER RE: JOINT LETTER [Docket No. 49]** |
| HOME DEPOT USA INC., | |
| Defendant(s). | |

Following a discovery hearing held on June 15, 2012, IT IS HEREBY ORDERED THAT Plaintiff's request for an abeyance as to the following nine (9) Plaintiffs[1] is DENIED and discovery shall proceed on these individuals. The parties shall meet and confer on discovery.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] The nine Plaintiffs are Jeffrey Anderson, Bill Borough, Marianne Edelheit, Diane Kirby, Everette Pinkney, Lino Nshimba, Hector Sanchez, Sean Liston, and Gayann Welland.