UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAROLD SMALLEY, ET AL.,

        Plaintiff(s),

   v.

HOME DEPOT USA INC.,

        Defendant(s).

_____/

Case No. C-11-02951 JCS

**DISCOVERY ORDER RE: JOINT LETTER [Docket No. 49]**

Following a discovery hearing held on June 15, 2012, IT IS HEREBY ORDERED THAT Plaintiff's request for an abeyance as to the following nine (9) Plaintiffs[1] is DENIED and discovery shall proceed on these individuals. The parties shall meet and confer on discovery.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] The nine Plaintiffs are Jeffrey Anderson, Bill Borough, Marianne Edelheit, Diane Kirby, Everette Pinkney, Lino Nshimba, Hector Sanchez, Sean Liston, and Gayann Welland.