Blake M. Harper
Hulett Harper Stewart LLP
525 B Street
Suite 760
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139
anita@hulettharper.com

Lee Squitieri
Caitlin Duffy
SQUITIERI & FEARON, LLP
32 E. 57th St., 12th Floor
New York, NY 10022
Tel:   (212) 421-6492
Fax:  (212) 421-6553
Email: lee@sfclasslaw.com
Email: caitlin@sfclasslaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD SMALLEY et al., <br><br>          Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., <br><br>          Defendant. | Case No. 11-cv-02951-JCS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO JULY 13, 2012 |

   WHEREFORE, on June 15, 2012 the Court held a discovery hearing on the parties' joint letter and issued an Order to Show Cause to the 27 plaintiffs who

1 have not responded to discovery as to why their case should not be dismissed for
2 failure to prosecute and denied the nine plaintiffs' request for an abeyance.

3     WHEREFORE, the Court set a hearing for July 13, 2012 at 9:30 AM, for its
4 Order to Show Cause.

5     WHEREFORE, the Court previously set a case management conference for
6 June 22, 2012.

7     THE PARTIES HEREBY STIPULATE AND AGREE that the case
8 management conference set for June 22, 2012 shall be continued to July 13, 2012
9 to be held after the Order to Show Cause hearing.

11 Respectfully submitted,

12 Dated: June 20, 2012

                                                                                    /s/ Caitlin Duffy
Lee Squitieri
Caitlin Duffy
Squitieri & Fearon, LLP
32 E. 57th St., 12th Floor
New York, NY 10022
Tel:   (212) 421-6492
Fax:  (212) 421-6553
Email: lee@sfclasslaw.com
Email: caitlin@sfclasslaw.com

One of the Attorneys for Plaintiffs

Dated: June 20, 2012                  /s/ Donna M. Mezias
Donna M. Mezias,
AKIN GUMP STRAUSS
HAUER  & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501
Email:       dmezias@akingump.com

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
11-cv-02951-JCS

2

1       One of the Attorneys for Defendant
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  Dated: June 21, 2012

10 _____
   UNITED STATES MAGISTRATE JUDGE

*[Signature and seal of Judge Joseph C. Spero, United States District Court, Northern District of California]*

## **PROOF OF SERVICE**

I, Caitlin Duffy, am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 32 East 57th Street, 12th Floor, New York, New York 10022. On June 20, 2012, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO JULY 13, 2012**

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Sacramento, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FAX   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.   Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE)   I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

☐ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2012 at New York, New York.

/s/ Caitlin Duffy
Caitlin Duffy

**SERVICE LIST**

Donna M. Mezias, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501
Email:          dmezias@akingump.com


Joel M. Cohn, Esq.
Juliet Gray, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone:  (202) 887-4000
Facsimile:   (202) 887-4288
Email:          jcohn@akingump.com
Email:          jegray@akingump.com