Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: 212.421.6492
Fax: 212.421.6553

2600 Kennedy Boulevard, Suite 1K
Jersey City, New Jersey 07306
Tel: 201.200.0900
Fax: 201.200.9008

www.sfclasslaw.com

**Caitlin Duffy**
Associate
caitlin@sfclasslaw.com



July 9, 2012

**VIA ECF**

The Honorable Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
15th Floor
San Francisco, CA 94102

Re: <u>Smalley et al. v. Home Depot, U.S.A., Inc.</u>, No. 11-cv-02951-JCS

Dear Judge Spero:

    We represent plaintiffs in the above referenced action. I write to request that lead counsel, Mr. Lee Squitieri and I, be permitted to appear telephonically at the Order to Show Cause hearing and Status Conference scheduled July 13, 2012 at 9:30 PST.

    If my request is granted, Mr. Lee Squitieri and I will be available on a land line phone at (212) 421-6492 at 9:30 PST.

    Respectfully submitted,

    */s/ Caitlin Duffy*
    Caitlin Duffy

**Cc: By ECF**    Date: July 10, 2012
Counsel for Home Depot U.S.A., Inc.

