Blake M. Harper
Hulett Harper Stewart LLP
525 B Street
Suite 760
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139
anita@hulettharper.com

Lee Squitieri
Caitlin Duffy
SQUITIERI & FEARON, LLP
32 E. 57th St., 12th Floor
New York, NY 10022
Tel:   (212) 421-6492
Fax:   (212) 421-6553
Email: lee@sfclasslaw.com
Email: caitlin@sfclasslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No. 3:11-cv-02951-JCS<br><br>STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims of plaintiffs John Rudolph Dalbert and Marianne Edelheit in their entirety.

Each party will bear their own costs and attorney's fees.

1
2
3
4                                          Respectfully submitted,
5
6   Dated:  August 21, 2012                /s/ *Caitlin Duffy*
                                           Lee Squitieri
7                                          Caitlin Duffy
8                                          Squitieri & Fearon, LLP
                                           32 E. 57th Street, 12th Floor
9                                          New York, NY 10022
10                                         Telephone: (212) 421 – 6492
                                           Fax: (212) 421 – 6553
11                                         lee@sfclasslaw.com
12                                         caitlin@sfclasslaw.com
13
                                           One of the Attorneys for Plaintiffs
14
15
16  Dated:  August 21, 2012                /s/ *Donna Mezias*
17                                         Donna M. Mezias
18                                         Akin, Gump, Strauss, Hauer & Feld LLP
                                           580 California Street, Suite 1500
19                                         San Francisco, California 94104-1036
20                                         Telephone:  (415) 765-9500
                                           Facsimile:   (415) 765-9501
21
22                                         One of the Attorneys for Defendant
23
24  Dated: 8/22/12    [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]
25
26
27
28

STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS
2
                                                                11-cv-02951-JCS

## PROOF OF SERVICE

I, Caitlin Duffy, am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 32 East 57th Street, 12th Floor, New York, New York 10022. On August 21, 2012, I served the foregoing document(s) described as:

### STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Sacramento, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE)  I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

☐ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 21, 2012 at New York, New York.

/s/ Caitlin Duffy
Caitlin Duffy

## SERVICE LIST

Donna M. Mezias, Esq.
AKIN GUMP STRAUSS HAUER  & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:   (415) 765-9501
Email: dmezias@akingump.com


Joel M. Cohn, Esq.
Juliet Gray, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone:  (202) 887-4000
Facsimile:   (202) 887-4288
Email: jcohn@akingump.com
Email:   jegray@akingump.com