UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6                              UNITED STATES  DISTRICT COURT

7                                Northern District of California

8                                  San Francisco Division

9
HAROLD SMALLEY, et al.,
10                    Plaintiffs,                          No. C 11-2951 JCS

11          v.                                      **ORDER RE: ATTENDANCE AT**
HOME DEPOT, U.S.A., INC.,                     **MEDIATION**
12                    Defendant.
       _____/
13                                                  Date:        November 12, 2012
                                                    Mediator:    Jean Gaskill
14

15
          IT IS HEREBY ORDERED that the request to excuse all but two of the individually named
16
plaintiffs from personal attendance at the November 12, 2012, mediation before Jean Gaskill is
17
GRANTED.  Plaintiffs' lead counsel shall attend the mediation with settlement authority on behalf
18
of those plaintiffs who are excused from attending, and shall confirm with the mediator in advance
19
of the mediation session which two plaintiffs shall appear in person at the session.
20
          IT IS SO ORDERED.
21
22
     September 7, 2012                 By:
23
     Dated                                              Elizabeth D. Laporte
24                                                 United States Magistrate Judge
25
26
27
28