1

2

3

4

5

6

**UNITED STATES  DISTRICT COURT**

7

Northern District of California

8

San Francisco Division

9

10

HAROLD SMALLEY, et al.,
                    Plaintiffs,

No. C 11-2951 JCS

11

        v.
HOME DEPOT, U.S.A., INC.,
                    Defendant.

**ORDER RE: ATTENDANCE AT
MEDIATION**

12

13

_____/

Date:              November 12, 2012
Mediator:       Jean Gaskill

14

15

16

        IT IS HEREBY ORDERED that the request to excuse all but two of the individually named

17

plaintiffs from personal attendance at the November 12, 2012, mediation before Jean Gaskill is

GRANTED.  Plaintiffs' lead counsel shall attend the mediation with settlement authority on behalf

18

of those plaintiffs who are excused from attending, and shall confirm with the mediator in advance

19

of the mediation session which two plaintiffs shall appear in person at the session.

20

        IT IS SO ORDERED.

21

22

23

September 7, 2012                        By:

24

Dated                                                      Elizabeth D. Laporte
                                                              United States Magistrate Judge

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**