Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: 212.421.6492
Fax: 212.421.6553



2600 Kennedy Boulevard, Suite 1K
Jersey City, New Jersey 07306
Tel: 201.200.0900
Fax: 201.200.9008

www.sfclasslaw.com

**Caitlin Duffy**
Associate
caitlin@sfclasslaw.com

November 30, 2012

<u>VIA ECF</u>

The Honorable Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
15th Floor
San Francisco, CA 94102

Re:    <u>Smalley et al. v. Home Depot, U.S.A., Inc.</u>, No. 11-cv-02951-JCS

Dear Judge Spero:

     We represent plaintiffs in the above referenced action. I write to request that lead counsel, Mr. Lee Squitieri and I, be permitted to appear telephonically at the case management conference that the parties have stipulated be continued to December 14, 2012 at 9:30 PST (doc. no. 79). The case management conference is currently scheduled for December 7, 2012 at 1:30 PST.

     If my request is granted, Mr. Lee Squitieri and I will be available on a land line phone at (212) 421-6492 at 9:30 PST on December 14, 2012.

                                            Respectfully submitted,

                                            */s/ Caitlin Duffy*
                                            Caitlin Duffy

**Cc: By ECF**
Counsel for Home Depot U.S.A., Inc.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30AM and await the Court's call.
Dated: 12/4/12

[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California — IT IS SO ORDERED AS MODIFIED]