DONNA M. MEZIAS (SBN 111902)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:     415-765-9500
Facsimile:      415-765-9501
dmezias@akingump.com

JOEL M. COHN (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile:  202-887-4288
jcohn@akingump.com

Attorneys for defendant HOME DEPOT U.S.A., INC.

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HAROLD SMALLEY, ET AL. | Case No. 3:11-cv-02951-JCS |
|---|---|
| Plaintiffs, | |
| v. | STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims of plaintiffs William Boroughs, Donald S. Edwards, Diane M. Kirby, Sean E. Liston, Robert M. Malmberg, Lisa Rivas, Hector Sanchez and Michael Lynn Schwartz in their entirety.

Each party will bear their own costs and attorney's fees.

//
//

                                          Respectfully submitted,

Dated: May 15, 2012                /s/ *Caitlin Duffy*
                                          Lee Squitieri
                                          Caitlin Duffy
                                          Squitieri & Fearon, LLP
                                          32 E. 57th Street, 12th Floor
                                          New York, NY 10022
                                          Telephone: (212) 421 – 6492
                                          Fax: (212) 421 – 6553
                                          lee@sfclasslaw.com
                                          caitlin@sfclasslaw.com

                                          One of the Attorneys for Plaintiffs

Dated: May 15, 2012                /s/ *Donna Mezias*
                                          Donna M. Mezias
                                          Akin, Gump, Strauss, Hauer & Feld LLP
                                          580 California Street, Suite 1500
                                          San Francisco, California 94104-1036
                                          Telephone:  (415) 765-9500
                                          Facsimile:   (415) 765-9501

                                          One of the Attorneys for Defendant

Dated: 5/16/13

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS

2

                                          CASE NO. 11-cv-02951-JCS

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I, Jeremias V. Cordero, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104-1036. On May 15, 2013, I served the foregoing document described as:

STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS,

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Olimpio Lee Squitieri | Blake M. Harper |
| Squitieri & Fearon, LLP | Hulett Harper Stewart LLP |
| 32 E. 57th Street, 12th Floor | 525 B Street, Suite 760 |
| New York, NY 10022 | San Diego, CA 92101 |

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2013 in San Francisco, California.

_____
Jeremias V. Cordero

CERTIFICATE OF SERVICE

3

CASE NO. 11-cv-02951-JCS