**FILED**

UNITED STATES COURT OF APPEALS

MAY 28 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: HOME DEPOT U.S.A., INC. | No. 13-71603 |
| HOME DEPOT U.S.A., INC., | D.C. No. 3:11-cv-02951-JCS Northern District of California, San Francisco |
| Petitioner, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | ORDER |
| Respondent, | |
| ALAN ANEALS, | |
| Real Party in Interest. | |

Before: O'SCANNLAIN, W. FLETCHER, and CALLAHAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No further filings will be entertained in this closed case.

**DENIED**.

KN/MOATT