

**JULIET E. GRAY**
+1 202.887.4334/fax: +1 202.887.4288
jegray@akingump.com

September 27, 2013

<u>VIA ECF</u>

Honorable Magistrate Judge Joseph C. Spero
U.S. District Court for the
　Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA  94102

Re:  *Smalley v. Home Depot U.S.A., Inc.*, No. 11-cv-02951-JCS

Dear Judge Spero:

　　This is to request that lead counsel for defendant Home Depot, Joel M. Cohn and I, be permitted to appear telephonically at the further case management conference that is currently scheduled for Friday, October 4, 2013 at 1:30 pm PDT. (DE 108.)

　　If our request is granted, Mr. Cohn and I will be available on standby on a land line phone at (202) 887-4065 beginning at 1:30 pm PDT on October 4, 2013.

IT IS HEREBY ORDERED THAT Ms. Gray and
Mr. Cohn shall be on phone standby beginning at
1:30 PM and await the Court's call.
Dated: 9/30/13

Respectfully submitted,

*/s/ Juliet E. Gray*
Juliet E. Gray

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

cc:　By ECF
　　　Counsel for Plaintiff

Robert S. Strauss Building | 1333 New Hampshire Avenue, N.W. | Washington, D.C. 20036-1564 | 202.887.4000 | fax 202.887.4288 | akingump.com