Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: 212.421.6492
Fax: 212.421.6553



2600 Kennedy Boulevard, Suite 1K
Jersey City, New Jersey 07306
Tel: 201.200.0900
Fax: 201.200.9008

www.sfclasslaw.com

**Caitlin Duffy**
Associate
caitlin@sfclasslaw.com

September 27, 2013

<u>VIA ECF</u>

Honorable Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
15th Floor
San Francisco, CA 94102

Re:     <u>Smalley et al. v. Home Depot, U.S.A., Inc., No. 11-cv-02951-JCS</u>

Dear Judge Spero:

      We represent plaintiffs in the above referenced action. I write to request that lead counsel for plaintiffs, Lee Squitieri and I, be permitted to appear telephonically at the case management conference currently scheduled for October 4, 2013 at 1:30 p.m. PDT.

      If my request is granted, Mr. Lee Squitieri and I will be available on standby on a land line phone at (212) 421-6492 at 1:30 p.m. PDT on October 4, 2013.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 9/30/13

Respectfully submitted,



/s/ Caitlin Duffy
Caitlin Duffy



**Cc: By ECF**
Counsel for Home Depot USA