DONNA M. MEZIAS (SBN 111902)
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:    415-765-9500
Facsimile:    415-765-9501
dmezias@akingump.com

JOEL M. COHN (admitted pro hac vice)
JULIET GREY, ESQ. (admitted pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: 202-887-4000
Facsimile: 202-887-4288
jcohn@akingump.com
rdonahue@akingump.com

Attorneys for defendant HOME DEPOT U.S.A.,
INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No. 3:11-cv-02951-JCS<br><br><br>STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of the claims of plaintiffs Jeffrey Anderson and Washington in their entirety.

STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS

1

Each party will bear their own costs and attorney's fees.

Respectfully submitted,

Dated:  January 21, 2014          /s/ *Caitlin Duffy*_____
                                  Lee Squitieri
                                  Caitlin Duffy
                                  Squitieri & Fearon, LLP
                                  32 E. 57th Street, 12th Floor
                                  New York, NY 10022
                                  Telephone: (212) 421 – 6492
                                  Fax: (212) 421 – 6553
                                  lee@sfclasslaw.com
                                  caitlin@sfclasslaw.com

                                  One of the Attorneys for Plaintiffs

Dated:  January 21, 2014          /s/ Donna Mezias_____

                                  Donna M. Mezias
                                  Akin, Gump, Strauss, Hauer & Feld LLP
                                  580 California Street, Suite 1500
                                  San Francisco, California 94104-1036
                                  Telephone:  (415) 765-9500
                                  Facsimile:   (415) 765-9501

                                  One of the Attorneys for Defendant

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 1/23/14

STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS

2

11-cv-02951-JCS

**PROOF OF SERVICE**

I, Caitlin Duffy, am employed in the County of New York, State of New York.  I am over the age of 18 and not a party to the within action; my business address is: 32 East 57th Street, 12th Floor, New York, New York 10022.  On January 21, 2014, I served the foregoing document(s) described as:

**STIPULATION OF CERTAIN PLAINTIFFS**

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Sacramento, California.

☐ BY OVERNIGHT DELIVERY   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission(s), which I printed out, is attached.

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE)  I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

☐ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 21, 2014 at New York, New York.


/s/ Caitlin Duffy
Caitlin Duffy

# SERVICE LIST

Donna M. Mezias, Esq.
AKIN GUMP STRAUSS
HAUER  & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:  (415) 765-9501
Email:dmezias@akingump.com


Joel M. Cohn, Esq.
Juliet Grey, Esq.
AKIN GUMP STRAUSS
HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington D.C. 20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
Email:    jcohn@akingump.com
Email:rdonahue@akingump.com