BLAKE M. HARPER
HULETT HARPER STEWART LLP
2225 Broadway
Suite 1350
San Diego, California 92101
Telephone: (619) 338-1133

OLIMPIO LEE SQUITIERI
CAITLIN DUFFY
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
Telephone: (212) 421-6492

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SMALLEY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | Case No. 3:11-cv-02951-JCS<br><br>CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CONFERENCE<br><br>ORDER |

Plaintiffs Alan A'Neals, Margaret Crane, Mary Cushing, Debora Jackson, David Leyva, Craig Mace, Bradley James McAdam, Lorenzo Nicholson, Shane Paskett, Michael Perrin, Everett Pinkney, Jesmendar Singh, Harold Smalley, Michael Swinfard,

Darren Scott Williams, and Laura Woolston and defendant Home Depot U.S.A., Inc. (collectively, "parties") jointly submit this case management statement.

On December 16, 2013, the parties reached an agreement in principle to settle plaintiffs' claims in this matter and promptly informed the Court of this development. *See* Doc. No. 126.  The parties are close to memorializing the settlement terms in a comprehensive written settlement agreement, but need additional time to finalize the terms and execute the agreement before presenting it to the Court.  The parties believe they need an additional two weeks before they can present the settlement to the Court for approval.  Counsel for the parties do not believe that any disagreements concerning the settlement terms will arise while they work to finalize the agreement.

Based on the foregoing, the parties request that the Court continue the case management conference, currently set for February 21, 2014 to March 7, 2014.

Dated: February 14, 2014         /s/ *Caitlin Duffy*
                                 Lee Squitieri (pro hac vice)
                                 Caitlin Duffy (pro hac vice)
                                 Squitieri & Fearon, LLP
                                 32 E. 57th Street, 12th Floor
                                 New York, NY 10022
                                 Telephone: (212) 421 – 6492
                                 Fax: (212) 421 – 6553
                                 lee@sfclasslaw.com
                                 caitlin@sfclasslaw.com

                                 One of the Attorneys for Plaintiffs

Dated: February 14, 2014         /s/ *Donna M. Mezias*
                                 Donna M. Mezias

CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CONFERENCE

2

11-cv-02951-JCS

Akin, Gump, Strauss, Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
dmezias@akingump.com

One of the Attorneys for Defendant

IT IS HEREBY ORDERED that the case management conference shall be continued to 3/7/14 at 2:00 PM.

Dated: 2/19/14

NOTE:  Effective 2/10/14 case management conferences will now begin at 2:00 PM.

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CONFERENCE

3

11-cv-02951-JCS

# PROOF OF SERVICE

I, Caitlin Duffy, am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 32 East 57th Street, 12th Floor, New York, New York 10022. On February 14, 2014, I served the foregoing document(s) described as:

**CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CONFERENCE**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 14, 2014 at New York, New York.

/s/ *Caitlin Duffy*
Caitlin Duffy