Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: 212.421.6492
Fax: 212.421.6553



2600 Kennedy Boulevard, Suite 1K
Jersey City, New Jersey 07306
Tel: 201.200.0900
Fax: 201.200.9008

www.sfclasslaw.com


**Caitlin Duffy**
caitlin@sfclasslaw.com


February 28, 2014

**VIA ECF**

The Honorable Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
15th Floor
San Francisco, CA 94102

Re:   Smalley et al. v. Home Depot, U.S.A., Inc., No. 11-cv-02951-JCS

Dear Judge Spero:

    We represent plaintiffs in the above referenced action. I write to request that Mr. Lee Squitieri and I, be permitted to appear telephonically at the case management conference scheduled with the Court on March ~~7,~~ 14 2014 at 2:00 p.m. PST.

    If my request is granted, Mr. Lee Squitieri and I will be available on a land line phone at (212) 421-6492 at 9:30 PST.

Counsel shall arrange for a conference call number and pass code and circulate that information to all counsel and the Court by 3/12/14.
Dated: 3/4/14.

Respectfully submitted,

*/s/ Caitlin Duffy*
Caitlin Duffy

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero



**Cc: By ECF**
Counsel for Home Depot U.S.A., Inc.

*Note: The court's rules for telephonic appearances has changed. Please consult Judge Spero's website.