

JULIET E. GRAY
+1 202.887.4334/fax: +1 202.887.4288
jegray@akingump.com

February 28, 2014

<u>VIA ECF</u>

Honorable Magistrate Judge Joseph C. Spero
U.S. District Court for the
    Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

    Re:    *Smalley v. Home Depot U.S.A., Inc.*, No. 11-cv-02951-JCS

Dear Judge Spero:

    This is to request that counsel for defendant Home Depot, Joel M. Cohn and I, be permitted to appear telephonically at the further case management conference scheduled for Friday, March ~~7,~~ 2014 at 2:00 pm PST (DE 133).
        14

    If our request is granted, Mr. Cohn and I will be available on a land line phone at (202) 887-4065 beginning at 2:00 pm PST on March 7, 2014.

Counsel shall use the conference call number and pass code that will be arranged by the Squitieri Law Firm for the 3/14/14 cmc at 2:00 PM.

Dated: 3/4/14

Respectfully submitted,

/s/ Juliet E. Gray
Juliet E. G___



cc:    Counsel for Plaintiffs (via ECF)

Signature Attestation

    I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                                                                              /S/ Liz. K. Bertko

*Note: The Court's rules for telephonic appearances has changed. Please consult Judge Spero's website.

Robert S. Strauss Building | 1333 New Hampshire Avenue, N.W. | Washington, D.C. 20036-1564 | 202.887.4000 | fax 202.887.4288 | akingump.com

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I, Jeremias V. Cordero, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104-1036. On February 28, 2014, I served the foregoing document(s) described as:

**Letter Brief Regarding Request to Appear at Case Management Conference Telephonically dated February 28, 2014,**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Olimpio Lee Squiteieri  
Caitlin Duffy  
SQUITEIERI & FEARON, LLP  
32 East 57th Street, 12th Floor  
New York, NY  10022  
Tel:  (212) 421-6492  
Fax:  (212) 421-6553  
Email:  lee@sfclasslaw.com  
     Caitlin@sfclasslaw.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2014, at San Francisco, California.

_____  
Jeremias V. Cordero